# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2017

154358

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

STEVEN ILIADES and JANE ILIADES,
    Plaintiffs-Appellees,

v

DIEFFENBACHER NORTH AMERICA, INC.,
    Defendant-Appellant.

SC: 154358
COA: 324726
Oakland CC: 12-129407-NP

_____/

    On order of the Court, the application for leave to appeal the July 19, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the plaintiff Steven Iliades' conduct prior to being injured constituted misuse of the press machine that was reasonably foreseeable. See MCL 600.2945(e) and MCL 600.2947(2). The parties should not submit mere restatements of their application papers.

    YOUNG, J., did not participate.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2017



t0404

Clerk